# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DISTRICT

| | |
|---|---|
| MARK W. DOBRONSKI, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 2:24-cv-12807 |
| v. | ) |
| | ) Hon. Judge Gershwin A. Drain |
| IDEAL CONCEPTS, INC., DAVID BENJAMIN GARCIA, and MICHAEL JOSE ZUNIGA, | ) Hon. Magistrate Kimberly G. Altman ) ) ) |
| Defendants. | |

## APPEARANCE OF COUNSEL

To: Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I hereby appear in this case as counsel for Defendants Ideal Concepts, Inc., David Benjamin Garcia, and Michael Jose Zuniga.

Dated: November 12, 2024         Respectfully submitted,

/s/ Mark S. Eisen

Mark S. Eisen
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4956
Facsimile: (312) 767-9192
meisen@beneschlaw.com
*Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Mark S. Eisen*