UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

IDEAL CONCEPTS, INC., *et al.*,

    Defendants.

_____/

Case No. 2:24-cv-12807
Hon. Gershwin A. Drain

## ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING [#9]

Plaintiff Mark W. Dobronski filed the instant lawsuit against Defendants Ideal Concepts, Inc., David Benjamin Garcia, and Michael Jose Zuniga on October 24, 2024, alleging violations of the Telephone Consumer Protection Act and the Michigan Telephone Companies as Common Carriers Act. ECF No. 1. Defendants Ideal Concepts and Zuniga were served on October 25, 2024, and Defendant Garcia was served on October 26, 2024. ECF Nos. 5, 6, 7. Defendants move for an extension of time—until December 15, 2024—to file their responses to the complaint. ECF No. 9. Plaintiff does not object to the extension of time. *Id.* at PageID.46.

Under Federal Rule of Civil Procedure 12, a defendant generally must serve a responsive pleading to a complaint within 21 days after being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). Under Federal Rule of Civil

1

Procedure 6, when an act must be done within a specified time, a court may extend the time to do so "for good cause… if a request is made[] before the original time or its expiration expires[.]" Fed. R. Civ. P. 6(b)(1)(A).

Here, Defendants filed a motion to extend time to answer before their time to do so expired. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Thus, the Court may for good cause grant the extension. *See* Fed. R. Civ. P. 6(b)(1)(A). The Court finds that Defendants have demonstrated good cause for the extension because an extension will permit them to investigate the allegations in the complaint in order to properly respond to it. Further, it will enable Defendants to have a "more productive preliminary discussion" with Plaintiff about the case. ECF No. 9, PageID.46. Finally, Plaintiff's acquiescence in the extension weighs in favor of granting the extension.

Therefore, **IT IS ORDERED** that Defendants' Motion for Extension of Time to File Answer [#9] is **GRANTED.** Defendants Ideal Concepts Inc., David Benjamin Garcia, and Michael Jose Zuniga must submit their responsive pleading on or before December 15, 2024.

**SO ORDERED.**

Dated: November 13, 2024                /s/Gershwin A. Drain
                                         GERSHWIN A. DRAIN
                                         United States District Judge

2

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 13, 2024, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager