# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. 2:24-cv-12807 |
| Plaintiff, | Honorable Gershwin A. Drain<br>United States District Judge |
| v. | |
| **IDEAL CONCEPTS, INC.**, *et al*., | Honorable Kimberly G. Altman<br>United States Magistrate Judge |
| Defendants. | |

___

## NOTICE OF SETTLEMENT

Plaintiff *Pro Se*, MARK W. DOBRONSKI, hereby notifies the Court, pursuant to Local Rule 41.1, that the parties have reached an agreement to settle all claims in this matter. The parties anticipate that the settlement agreement will be finalized within thirty days (on or before January 13, 2025), at which time a notice of dismissal will be filed.

                                                Respectfully submitted,

Dated: December 13, 2024                       _____

                                                Mark W. Dobronski
                                                Post Office Box 99
                                                Dexter, Michigan 48130-0099
                                                Telephone: (734) 641-2300
                                                Email: markdobronski@yahoo.com
                                                Plaintiff *In Propria Persona*

## CERTIFICATE OF SERVICE

      I hereby certify that on **December 13, 2024**, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court via the Court's Pro Se Document Upload utility, which will send notification of such filing to all counsel of record via the CM/ECF system.

*/s/ Mark W. Dobronski*
_____
Mark W. Dobronski